IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

FILED
02 JUL 23 AM 10:09
U.S. DISTRICT COURT
N.D. OF ALABAMA

RODERICK DAMONE NORRIS, )
)
Plaintiff )
)
vs. ) CASE NO. CV01-S-0421-NE
)
JUNIOR STONE, )
)
Defendant )

ENTERED
JUL 23 2002

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on June 19, 2002, recommending that the defendant's motion for summary judgment be granted and this cause be dismissed with prejudice. No objections have been filed by any party.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and his recommendation is ACCEPTED. The Court EXPRESSLY FINDS that there are no genuine issues of material fact and that the defendant is entitled to judgment as a matter of law. Accordingly, defendant's motion for summary judgment is due to be GRANTED and this action is due to be DISMISSED WITH PREJUDICE. A Final Judgment will be entered.

DONE this 23rd day of July, 2002.

UNITED STATES DISTRICT JUDGE